**Opinion filed February 1, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00271-CR

_____

## HECTOR FRANCISCO TARANGO, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2**
**Ector County, Texas**
**Trial Court Cause No. 22-3010-CCL2**

## M E M O R A N D U M   O P I N I O N

This appeal stems from the trial court's disapproval of the total amount of fees requested by Appellant's former court-appointed counsel, Christy L. Cauthen, in his pending case. On November 27, 2023, the Ector County District Clerk's Office forwarded Cauthen's notice of appeal, along with her fee submission form and the trial court information form. We dismiss the appeal.

When this appeal was docketed, the clerk of this court notified Cauthen that it did not appear that this court had jurisdiction in this matter. *See* TEX. CODE CRIM. PROC. ANN. art. 26.05(c) (West Supp. 2023). We requested that she respond and

show grounds to continue this appeal. Cauthen did not file a response. However, in a telephone call with our clerk's office, she stated that she appealed the attorney's fees that she received but that "it should not have been sent to this court." We dismiss this appeal for want of jurisdiction.

An attorney whose request for payment is disapproved may appeal the disapproval by filing a motion with the presiding judge of the administrative judicial region, not the court of appeals. *See id.*; *Rutledge v. State*, No. 05-22-00689-CR, 2022 WL 2865874, at *1 (Tex. App.—Dallas July 21, 2022, no pet.) (mem. op., not designated for publication); *see also State ex rel. Wice v. Fifth Jud. Dist. Ct. of Appeals*, 581 S.W.3d 189, 197 (Tex. Crim. App. 2018) ("Article 26.05(c) sets out an appeal process whereby appointed attorneys can appeal a trial court's refusal to pay their requested fees."). When a motion is filed, the presiding judge of the administrative judicial region must review the disapproval and determine the appropriate amount of payment and may conduct a hearing on the matter. CRIM. PROC. art. 26.05(c). However, "[n]othing in the code provides for review by this Court." *Rutledge*, 2022 WL 2865874, at *1. We therefore lack jurisdiction to consider this appeal. *Id.*

We dismiss this appeal for want of jurisdiction.


JOHN M. BAILEY
CHIEF JUSTICE


February 1, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.